IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 18-cv-02082-PAB-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROCK ISLAND ARMORY INC. 1911A1 PISTOL, SN: RIA1857028;
2. BUSHMASTER FIREARMS XM15-E2S RIFLE, CAL: 223, SN: BFI628611;
3. DPMS INC. PANTHER LR-308 RIFLE, CAL: 308, SN: FFK047701;
4. 9 ROUNDS ASSORTED AMMUNITION CAL: 38;
5. 10 ROUNDS ASSORTED AMMUNITION, CAL: 308;
6. 7 ROUNDS ASSORTED AMMUNITION, CAL: 223;
7. 9 ROUNDS ASSORTED AMMUNITION, CAL: 38;
8. 35 ROUNDS ASSORTED AMMUNITION, CAL: ASSORTED;
9. 12 ROUNDS SIG SAUER AMMUNITION, CAL: 38;
10. 10 ROUNDS SIG SAUER AMMUNTIION; CAL: 38;
11. 10 ROUNDS UNKNOWN AMMUNITION, CAL: 308; AND
12. 23 ROUNDS ASSORTED AMMUNITITON, CAL: 223;

    Defendants.
_____

## DEFAULT AND FINAL ORDER OF FORFEITURE
_____

This matter comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [Docket No. 14] as to defendants:

    a. Rock Island Armory Inc. 1911A1 Pistol, s/n: RIA1857028;

    b. Bushmaster Firearms XM15-E2S Rifle, Cal: 223, s/n: BFI628611;

c. DPMS Inc. Panther LR-308 Rifle, Cal: 308, s/n: FFK047701;

d. 9 Rounds Assorted Ammunition Cal: 38;

e. 10 Rounds Assorted Ammunition, Cal: 308;

f. 7 Rounds Assorted Ammunition, Cal: 223;

g. 9 Rounds Assorted Ammunition, Cal: 38;

h. 35 Rounds Assorted Ammunition, Cal: Assorted

i. 12 Rounds Sig Sauer Ammunition, Cal: 38;

j. 10 Rounds Sig Sauer Ammunition; Cal: 38;

k. 10 Rounds Unknown Ammunition, Cal: 308; and

l. 23 Rounds Assorted Ammunition, Cal: 223,

The Court having reviewed said Motion finds:

The United States commenced this action *in rem* pursuant to 18 U.S.C. § 924(d).

All known interested parties have been provided an opportunity to respond, and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

After proper notice, neither the known potential claimants nor any other third party has filed a Claim or Answer as to the above-described defendants, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The Clerk's Entry of Default was entered on December 17, 2018.

Based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of

defendant firearms and ammunition, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis, by a preponderance of the evidence, for a final judgment and order of forfeiture as to defendant firearms and ammunition.

The Clerk of Court shall be directed to enter Judgment.

Therefore, it is **ORDERED** that default and forfeiture of defendants:

a. Rock Island Armory Inc. 1911A1 Pistol, s/n: RIA1857028;

b. Bushmaster Firearms XM15-E2S Rifle, Cal: 223, s/n: BFI628611;

c. DPMS Inc. Panther LR-308 Rifle, Cal: 308, s/n: FFK047701;

d. 9 Rounds Assorted Ammunition Cal: 38;

e. 10 Rounds Assorted Ammunition, Cal: 308;

f. 7 Rounds Assorted Ammunition, Cal: 223;

g. 9 Rounds Assorted Ammunition, Cal: 38;

h. 35 Rounds Assorted Ammunition, Cal: Assorted

i. 12 Rounds Sig Sauer Ammunition, Cal: 38;

j. 10 Rounds Sig Sauer Ammunition; Cal: 38;

k. 10 Rounds Unknown Ammunition, Cal: 308; and

l. 23 Rounds Assorted Ammunition, Cal: 223,

including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 924(d).  It is further

**ORDERED** that the United States shall have full and legal title as to the above-described assets and may dispose of said property in accordance with law.  It is further

**ORDERED** that this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant firearms and ammunition under 28 U.S.C. § 2465 and that the Clerk of Court is directed to enter Judgment as to defendants:

- a. Rock Island Armory Inc. 1911A1 Pistol, s/n: RIA1857028;
- b. Bushmaster Firearms XM15-E2S Rifle, Cal: 223, s/n: BFI628611;
- c. DPMS Inc. Panther LR-308 Rifle, Cal: 308, s/n: FFK047701;
- d. 9 Rounds Assorted Ammunition Cal: 38;
- e. 10 Rounds Assorted Ammunition, Cal: 308;
- f. 7 Rounds Assorted Ammunition, Cal: 223;
- g. 9 Rounds Assorted Ammunition, Cal: 38;
- h. 35 Rounds Assorted Ammunition, Cal: Assorted
- i. 12 Rounds Sig Sauer Ammunition, Cal: 38;
- j. 10 Rounds Sig Sauer Ammunition; Cal: 38;
- k. 10 Rounds Unknown Ammunition, Cal: 308; and
- l. 23 Rounds Assorted Ammunition, Cal: 223.

DATED December 26, 2018.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge